UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 07CR2879-JM |
| ) | |
| Plaintiff, ) | ORDER GRANTING UNITED STATES' MOTION TO DISMISS INDICTMENT WITHOUT PREJUDICE |
| ) | |
| v. ) | |
| ) | |
| ALFREDO MIRANDA ARELLANO, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing, IT IS HEREBY ORDERED that the Indictment in criminal case number 07CR2879-JM, be dismissed, without prejudice.

IT IS FURTHER ORDERED that any bond be exonerated.

IT IS SO ORDERED.

DATED: January 30, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge